UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Andrew Miller          3458546 #

_(Enter above the full name of the plaintiff or plaintiffs in this action)._    _(Inmate Reg. # of each Plaintiff)_

**VERSUS**    CIVIL ACTION NO. 2:20-645
_(Number to be assigned by Court)_

Warden,
SCRJ.

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____    No __✓__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.     **Place of Present Confinement:** South Central Regional Jail

      A.     Is there a prisoner grievance procedure in this institution?

            Yes  ✓       No _____

      B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

            Yes _____        No ✓

      C.     If you answer is YES:

            1.     What steps did you take? _____

            2.     What was the result? _____

      D.     If your answer is NO, explain why not: Habeas Petition

III.     **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

      A.     Name of Plaintiff: Andrew Miller

           Address: 1001 Centre Way, Chas, WV

      B.     Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Warden_

is employed as: _____

at _South Central Regional Jail_

D. Additional defendants: _1001 Centre Way_
_Charleston, WV_
_25309_

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

West Virginia Supreme Court

Andrew Miller
vs
Warden

United States Constitution Fourteenth Amendment due process of Clause & West Virginia Constitution art III Section 10# due process of Clause, & Equal Protection States clearly no one is to be put on trail twice for one offence!

double jeopardy - is putting one on trail for an offence one has already been tried for.

On Oct 4," 2019, the Petitioner had a preliminary parole violation for passion of a firearm. The Preliminary Hearing Examiner found probable cause to put the Petitioner infront of the Parole board for Revocation.
On Nov. 4, 2019 the Parole Board Revoke the Petitioner's Parole. with a three month set up.
On Feb 15,20 the Petitioner made parole with the stipulation to complete the D.O.C. class thinking for a change.

On April 15, 20 the Petitioner Completed the D.O.C. class & Return the South Central Regional jail to face the Criminal Charges of Possion of a Firearm that the Parole Board Revoked the Petitioners Parole for.

On July 10, 20 the Petitioner Plead guilty to the Criminal Charge & was sentenced to Home Confinement.

On Aug. 27, 20 the Petitioner Violated the Home Confinement by failing a piss test.

On Sept. 9, 20 the Court Revoked the Petitioners Home Confinement & Sentence Petitioner to three years.

On Sept. 21, 20 the Parole Board Charged the Petitioner with the Same Violation as they done one year ago for Possion of a Fire arm, this violates double jeopardy. [Ex. 1]

On Sept. 21, 20 the Parole Board also charge Petitioner with the Same Violation as Home Confinement for a dirty yourn, this violates double jeopardy. [Ex. 1]

No One is subject to be punish twice For the Same Crime Nor Violation. In this case the Petitioner's Parole was Revoke for this Same Firearm the Parole Board is trying to Revoke the Petitioners Parole For

Again on Oct 17,20, The Petitioner Home Confinement was Revoked for the dirty yourning that the Parole Board is trying use on Oct. 17, 20 to Revoke the Petitioner Parole. This is double jeopardy and violate the law, this Petitioner Request this Court to Stop the Parole Boards Revokation dates & Reinstate Petitioners Parole.

Andrew Miller
1001 Centre Way
Chas, WV 25301

Certificate of Service
Sept. 21, 20
Habeas — Corpus
Grounds:
double jeopardy

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Eliminate the Parole Board Parole Violations and Reinstate the Petitioners Parole.

5

V.     **Relief (continued)):**

_____

_____

_____

_____

_____

VII.    **Counsel**

       A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

       B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

               Yes _____      No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _Habeas Corpus Appoints Counsel._

       C.    Have you previously had a lawyer representing you in a civil action in this court?

               Yes __✓__      No _____

If so, state the lawyer's name and address:

_M. State Justice_

Signed this __9__ day of __CO_____, 20__20__.

_[signature]_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Sept. 20, 20_____.
(Date)

_[signature]_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Take this as a Habeas Corpus Petition.

West Virginia Supream Courts
us

[signature]



Robert Miller
Mt Olive Cul
Mt Olive, WV 25185

CHARLESTON WV 250
24 SEP 2020 PM 3 L

United States
500 Virginia St
Charleston WV
25301

RECEIVED
SEP 28 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia



SOUTH CENTRAL REGIONAL JAIL
1001 CENTRE WAY
CHARLESTON, WV 25309